UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE SALAS-SHARP<br>(aka "Joe W. Modrell"),<br><br>            Plaintiff,<br><br>vs.<br><br>California Department of<br>Corrections, et al.,<br><br>            Defendants.<br>_____/ | 1:04-cv-06269-OWW-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11)<br><br>**ORDER DISMISSING ACTION** |

Joe Salas-Sharp ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 23, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within eleven (11) days. On May 30, 2006, the United States Postal Service returned the order served on Plaintiff. A notation on the envelope indicated: Return to Sender - Unclaimed.

1

1  On June 6, 2006, the court issued an order reassigning this action to Judge Oliver W. Wanger (OWW) for all further proceedings due to the senior status of Judge Robert E. Coyle (REC), thereby changing the case initials as captioned above. On June 16, 2006, the United States Postal Service once again returned the order served on Plaintiff. A notation on the envelope indicated: Return to Sender - Deceased.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 23, 2006, are ADOPTED IN FULL; and,

2. This action is DISMISSED based on Plaintiff's failure to obey the court's order of April 6, 2006.

IT IS SO ORDERED.

**Dated:   August 6, 2006**           **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE